UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: MILLSPAUGH, JOSHUA DAVID § Case No. 12-06559
     MILLSPAUGH, ALLISON ANNE §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 31, 2012.  The undersigned trustee was appointed on May 31, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     4,786.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 10.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 2,559.20 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 2,216.80 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 12/18/2012 and the deadline for filing governmental claims was 11/27/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $556.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $556.70, for a total compensation of $556.70.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $113.28, for total expenses of $113.28.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/07/2013      By: /s/PAUL D. GRESK
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-06559  
**Case Name:** MILLSPAUGH, JOSHUA DAVID  
MILLSPAUGH, ALLISON ANNE  
**Period Ending:** 05/07/13

**Trustee:** (340550) PAUL D. GRESK  
**Filed (f) or Converted (c):** 05/31/12 (f)  
**§341(a) Meeting Date:** 07/17/12  
**Claims Bar Date:** 12/18/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 18229 EMMA CIRCLE WESTFIELD, INDIANA 46062 | 210,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | CASH ON HAND | 2.00 | 0.00 | OA | 0.00 | FA |
| 3 | CASH ON HAND | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | CHECKING ACCOUNT WITH CHASE | 147.39 | 52.12 | | 0.00 | FA |
| 5 | SAVINGS ACCOUNT WITH CHASE | 5.00 | 0.00 | OA | 0.00 | FA |
| 6 | CHECKING ACCOUNT WITH CHASE<br>  ZERO BALANCE IS CORRECT. | 0.00 | 0.00 | OA | 0.00 | FA |
| 7 | MISCELLANEOUS HOUSEHOLD GOODS AND FURNISHINGS | 6,338.00 | 0.00 | OA | 0.00 | FA |
| 8 | BOOKS, CD'S, DVD'S, ARTWORK, POSTERS/WALL HANGIN | 630.00 | 0.00 | OA | 0.00 | FA |
| 9 | WEARING APPAREL AND ACESSORIES | 741.00 | 0.00 | OA | 0.00 | FA |
| 10 | WEARING APPAREL AND ACESSORIES | 393.00 | 0.00 | OA | 0.00 | FA |
| 11 | JEWELRY, WATCHES | 2,350.00 | 0.00 | OA | 0.00 | FA |
| 12 | CAMERA, MUSICAL INSTRUMENTS, SPORTS EQUIPMENT, B | 1,575.00 | 0.00 | OA | 0.00 | FA |
| 13 | INSURANCE THROUGH EMPLOYER | 0.00 | 0.00 | OA | 0.00 | FA |
| 14 | AUTO INSURANCE | 0.00 | 0.00 | OA | 0.00 | FA |
| 15 | HOMEOWNER'S INSURANCE | 0.00 | 0.00 | OA | 0.00 | FA |
| 16 | 401(K) ESTIMATE | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 17 | 401(K) (ESTIMATE) | 7,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | VOID<br>  CLAIMED 100% EXEMPT | 0.00 | 0.00 | OA | 0.00 | FA |
| 19 | WAGES EARNED NOT YET RECEIVED<br>  CLAIMED 100% EXEMPT | Unknown | 0.00 | OA | 0.00 | FA |
| 20 | 2011 TAX REFUND RECEIVED $4,826 FEDERAL $350 STA | 0.00 | 0.00 | OA | 0.00 | FA |
| 21 | 2008 JEEP | 18,000.00 | 448.00 | OA | 0.00 | FA |
| 22 | 2008 CHRYSLER SEBRING | 12,500.00 | 0.00 | OA | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-06559
**Case Name:** MILLSPAUGH, JOSHUA DAVID
MILLSPAUGH, ALLISON ANNE
**Period Ending:** 05/07/13

**Trustee:** (340550) PAUL D. GRESK
**Filed (f) or Converted (c):** 05/31/12 (f)
**§341(a) Meeting Date:** 07/17/12
**Claims Bar Date:** 12/18/12

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | CAT | 0.00 | 0.00 | OA | 0.00 | FA |
| 24 | CELL PHONE WITH APPS | 100.00 | 0.00 | OA | 0.00 | FA |
| 25 | CELL PHONE WITH APPS | 100.00 | 0.00 | OA | 0.00 | FA |
| 26 | LAWN EQUIPMENT, TOOLS | 450.00 | 0.00 | OA | 0.00 | FA |
| 27 | FOOD, FOOD ITEMS, PET SUPPLIES AND EQUIPMENT, GA | 300.00 | 0.00 | OA | 0.00 | FA |
| 28 | 2012 TAX REFUNDS (u) 152/366THS | Unknown | 2,226.80 | | 4,786.00 | FA |
| 28 | Assets   Totals (Excluding unknown values) | $270,631.39 | $2,726.92 | | $4,786.00 | $0.00 |

**Major Activities Affecting Case Closing:**

NOTICE OF POSSIBLE ASSETS WAS FILED ON 9/14/12.  AMENDED NOTICE OF POSSIBLE ASSETS WAS FILED 10/02/12.

**Initial Projected Date Of Final Report (TFR):**    September 30, 2013    **Current Projected Date Of Final Report (TFR):**    May 1, 2013  (Actual)

Printed: 05/07/2013 02:14 PM    V.13.13

Case 12-06559-JKC-7A   Doc 50   Filed 05/07/13   EOD 05/07/13 15:03:17   Pg 5 of 10

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-06559 | | Trustee: | PAUL D. GRESK (340550) |
|---|---|---|---|---|
| Case Name: | MILLSPAUGH, JOSHUA DAVID | | Bank Name: | Rabobank, N.A. |
| | MILLSPAUGH, ALLISON ANNE | | Account: | ****962466 - Checking Account |
| Taxpayer ID #: | **-***4557 | | Blanket Bond: | $114,123,713.00  (per case limit) |
| Period Ending: | 05/07/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/08/13 | {28} | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 4,786.00 | | 4,786.00 |
| 04/11/13 | 101 | JOSHUA & ALLISON MILLSPAUGH | NON ESTATE FUNDS | 8100-002 | | 2,559.20 | 2,226.80 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 2,216.80 |
| | | | ACCOUNT TOTALS | | 4,786.00 | 2,569.20 | $2,216.80 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,786.00 | 2,569.20 | |
| | | | Less: Payments to Debtors | | | 2,559.20 | |
| | | | NET Receipts / Disbursements | | $4,786.00 | $10.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****962466** | 4,786.00 | 10.00 | 2,216.80 |
| | $4,786.00 | $10.00 | $2,216.80 |

{} Asset reference(s)

Printed: 05/07/2013 02:14 PM    V.13.13

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 18, 2012

**Case Number:** 12-06559  
**Debtor Name:** MILLSPAUGH, JOSHUA DAVID

Page: 1

**Date:** May 7, 2013  
**Time:** 02:14:55 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | PAUL D. GRESK<br>150 EAST 10TH STREET<br>INDIANAPOLIS, IN 46204 | Admin Ch. 7 | | $556.70 | $0.00 | 556.70 |
| 200 | PAUL D. GRESK<br>150 EAST 10TH STREET<br>INDIANAPOLIS, IN 46204 | Admin Ch. 7 | | $113.28 | $0.00 | 113.28 |
| 1 -1<br>610 | PYOD, LLC ITS SUCCESSORS AND ASSIGNEE<br>OF CITIBANK<br>RESURGENT CAPITAL SERVICES, PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $1,572.80 | $0.00 | 1,572.80 |
| 2 -2<br>610 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $1,576.13 | $0.00 | 1,576.13 |
| 3 -1<br>610 | GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | | $933.90 | $0.00 | 933.90 |
| 4 -1<br>610 | GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | | $386.09 | $0.00 | 386.09 |
| 5 -1<br>610 | QUANTUM3 GROUP LLC AS AGENT FOR<br>WORLD FINANCIAL NETWORK BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured | | $363.41 | $0.00 | 363.41 |
| 6 -1<br>610 | FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Unsecured | | $3,905.12 | $0.00 | 3,905.12 |
| 7 -1<br>610 | FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Unsecured | | $1,685.08 | $0.00 | 1,685.08 |
| 8 -1<br>610 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $404.04 | $0.00 | 404.04 |
| 9 -1<br>610 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $910.32 | $0.00 | 910.32 |
| 10 -1<br>610 | SALLIE MAE<br>C/O SALLIE MAE INC.<br>220 LASLEY AVE.<br>WILKES-BARRE, PA 18706 | Unsecured | | $28,063.94 | $0.00 | 28,063.94 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 18, 2012

**Case Number:** 12-06559  
**Debtor Name:** MILLSPAUGH, JOSHUA DAVID  
Page: 2  
**Date:** May 7, 2013  
**Time:** 02:14:55 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 -1 610 | U.S. DEPARTMENT OF EDUCATION<br>P.O. BOX 5609<br>GREENVILLE, TX 75403-5609 | Unsecured | | $15,719.36 | $0.00 | 15,719.36 |
| 12 -1 610 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | Unsecured | | $1,440.66 | $0.00 | 1,440.66 |
| 13 -1 610 | EDFINANCIAL SERVICES FOR NELNET<br>120 N SEVEN OAKS DRIVE<br>KNOXVILLE, TN 37922 | Unsecured | | $26,676.59 | $0.00 | 26,676.59 |
| 14 -1 610 | CAPITAL ONE NA<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $146.94 | $0.00 | 146.94 |
| 15 -1 620 | CAPITAL ONE, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 | Unsecured | | $874.52 | $0.00 | 874.52 |
| << Totals >> | | | | 85,328.88 | 0.00 | 85,328.88 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-06559
Case Name: MILLSPAUGH, JOSHUA DAVID
Trustee Name: PAUL D. GRESK

**Balance on hand:**          $    2,216.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   2,216.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - PAUL D. GRESK | 556.70 | 0.00 | 556.70 |
| Trustee, Expenses - PAUL D. GRESK | 113.28 | 0.00 | 113.28 |

Total to be paid for chapter 7 administration expenses:   $   669.98
Remaining balance:   $   1,546.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   1,546.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   1,546.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 83,784.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -1 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 1,572.80 | 0.00 | 29.04 |
| 2 -2 | DISCOVER BANK | 1,576.13 | 0.00 | 29.10 |
| 3 -1 | GE CAPITAL RETAIL BANK | 933.90 | 0.00 | 17.24 |
| 4 -1 | GE CAPITAL RETAIL BANK | 386.09 | 0.00 | 7.13 |
| 5 -1 | QUANTUM3 GROUP LLC AS AGENT FOR | 363.41 | 0.00 | 6.71 |
| 6 -1 | FIA CARD SERVICES, N.A. | 3,905.12 | 0.00 | 72.10 |
| 7 -1 | FIA CARD SERVICES, N.A. | 1,685.08 | 0.00 | 31.11 |
| 8 -1 | CAPITAL ONE BANK (USA), N.A. | 404.04 | 0.00 | 7.46 |
| 9 -1 | CAPITAL ONE BANK (USA), N.A. | 910.32 | 0.00 | 16.81 |
| 10 -1 | SALLIE MAE | 28,063.94 | 0.00 | 518.11 |
| 11 -1 | U.S. DEPARTMENT OF EDUCATION | 15,719.36 | 0.00 | 290.21 |
| 12 -1 | MERRICK BANK | 1,440.66 | 0.00 | 26.60 |
| 13 -1 | EDFINANCIAL SERVICES FOR NELNET | 26,676.59 | 0.00 | 492.49 |
| 14 -1 | CAPITAL ONE NA | 146.94 | 0.00 | 2.71 |

Total to be paid for timely general unsecured claims: $ 1,546.82
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 874.52 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 -1 | CAPITAL ONE, N.A. | 874.52 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**